IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GLYNN R. SIMMONS, et al., | ) |
|     Plaintiffs, | ) ) ) |
| vs. | )   Case No. CIV-17-908-D |
| MARY FALLIN, et al., | ) ) ) |
|     Defendant(s). | ) |

## ORDER

Plaintiffs, state prisoners appearing *pro se,* bring this action pursuant to 42 U.S.C. § 1983, alleging violations of their federal constitutional rights. Because Plaintiffs are prisoners seeking redress against a governmental entity or officer or employee of a governmental entity and are bringing a case with respect to prison conditions, their complaint is subject to a screening process by the Court. 28 U.S.C. § 1915A(a); 42 U.S.C. § 1997e(c)(1). In accordance with this process, the Court must dismiss a complaint or any portion of the complaint that is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. *See* 28 U.S.C. § 1915A(b); 42 U.S.C. § 1997e(c)(1). Upon completion of the screening process, the Court will issue an order to address any pending matters such as whether serving summonses and the complaint on Defendants is appropriate.

**IT IS SO ORDERED** on September 13, 2017.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE